## UNITED STATES CASUALTY CO. v. Stanley CWIKLINSKI.

### No. 5861.

Circuit Court of Appeals, Sixth Circuit.

Dec. 9; 1931.

Dustin, McKeehan, Merrick, Arter & Stewart, of Cleveland, Ohio, for appellant.

Matia & Matia and Stephen M. Young, all of Cleveland, Ohio, for appellee.

PER CURIAM.

Dismissed pursuant to stipulation of counsel.

## UNITED STATES GYPSUM CO. v. TRUSCON STEEL CO.

### No. 5903.

Circuit Court of Appeals, Sixth Circuit.

March 17, 1932.

Jones, Addington, Ames & Seibold, of Chicago, Ill., and Hull, Brock & West, of Cleveland, Ohio, for appellant.

W. F. Guthrie, of Youngstown, Ohio, for appellee.

PER CURIAM.

Dismissed pursuant to stipulation.

## Juan VALLES v. Felipe ZAMORA, Sheriff, et al.

### No. 594.

Circuit Court of Appeals, Tenth Circuit.

Jan. 22, 1932.

Hugh B. Woodward, U. S. Atty., of Albuquerque, N. M., for appellant.

Eugene D. Lujan, Dist. Atty., of Albuquerque, N. M., for appellees.

Before LEWIS, COTTERAL, and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal dismissed, on motion of appellant.

## L. A. VEST, Administrator of the Estate of C. N. Vest, Deceased, Appellant, v. VIRGINIAN RAILWAY COMPANY, a Corporation, Dock Rickman, W. A. Shorter, N. S. Cheely and J. W. Blackwell, Appellees.

### No. 3187.

Circuit Court of Appeals, Fourth Circuit.

Sept. 14, 1931.

W. C. Fletcher, of Princeton, W. Va., for appellant.

John R. Pendleton and H. C. Ellett, both of Princeton, W. Va., for appellees.

PER CURIAM.

Case dismissed under Rule 20, per agreement of counsel.

## Abe WALKER v. UNITED STATES.

### No. 6179.

Circuit Court of Appeals, Sixth Circuit.

June 30, 1932.

Henry S. McGuire, of Lexington, Ky., for appellant.

Sawyer A. Smith, U. S. Atty., of Covington, Ky.

PER CURIAM.

Judgment of District Court reversed, and cause remanded.